JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ERNESTO VEGA,

          Petitioner,

     v.

BRIAN BIRKHOLZ, Warden,

          Respondent.

Case No. 2:22-cv-08977-PA-PD

**JUDGMENT**

    Pursuant to the Court's Order Dismissing Petition Without Prejudice, IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated:  April 26, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE